UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| RENEE C. GRAHAM, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:08-cv-194 |
| v. ) | Judge Mattice |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| *Defendant*. ) | |

## **ORDER**

United States Magistrate William B. Carter filed his Report and Recommendation [Court Doc. 20] pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Neither party filed objections within the given 10 days.

After reviewing the record, the Court agrees with Magistrate Judge Carter's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b). Plaintiff's Motion for Judgment on the Pleadings [Court Doc. 13] is **GRANTED**. Defendant's Motion for Summary Judgment [Court Doc. 18] is **DENIED**. The Commissioner's denial of benefits is **REVERSED** under Sentence Four of 42 U.S.C. § 405(g) and the instant action is **REMANDED** to the Commissioner for further administrative consideration of new and material evidence under Sentence Six of 42 U.S.C. § 405(g).

The Clerk shall close the case.

SO ORDERED this 31st day of August, 2009.

                                                  */s/Harry S. Mattice, Jr.*
                                                    HARRY S. MATTICE, JR.
                                            UNITED STATES DISTRICT JUDGE