```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
       at CHATTANOOGA
```

| | |
|---|---|
| RENEE C. GRAHAM, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:08-cv-194 |
| v. ) | |
| ) | Judge Mattice |
| MICHAEL J. ASTRUE ) | |
| Commissioner of Social Security, ) | |
| ) | |
| *Defendant*. ) | |

# **ORDER**

Presently before the Court is Plaintiff's Motion for Attorney Fees [Court Doc. 25], filed on November 26, 2010. After Defendant did not respond, United States Magistrate Judge William B. Carter filed his Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b) on January 24, 2011 [Court Doc. 27]. Defendant has not filed any objections to the Report and Recommendation.

After reviewing the record, the Court agrees with Magistrate Judge Carter's Report and Recommendation. The Court thus **ACCEPTS and ADOPTS** Magistrate Judge Carter's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Magistrate Judge Carter recommended that Plaintiff's Motion for Attorney Fees [Court Doc. 25] be granted and that Plaintiff be awarded attorney fees in the amount of $2,238.60. Accordingly, the Court **ORDERS** that Plaintiff's Motion for Attorney Fees [Court Doc. 25] is **GRANTED**. Plaintiff is entitled to attorney fees in the amount of $2,238.60.

**SO ORDERED** this 9th day of March, 2011.

                                                                          _/s/Harry S. Mattice, Jr._
                                                               HARRY S. MATTICE, JR.
                                                         UNITED STATES DISTRICT JUDGE